UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 15-0104 AG (JCGx) | Date | February 13, 2015 |
|---|---|---|---|
| Title | KIMBERLY DEBROUX v. CITY OF COSTA MESA | | |

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**

Plaintiff Kimberly Debroux filed this case against Defendant City of Costa Mesa (the "City") in state court for claims related to the City's cutting down some trees in her neighborhood. The City removed the case to this Court. (Dkt. No. 1.) The Court has numerous concerns about the propriety of this case, including subject matter jurisdiction and Rule 11.

One concern is the Rooker-Feldman doctrine, which bars a district court from exercising jurisdiction over direct appeals from state court judgments, as well as the de facto equivalent of such appeals. *Noel v. Hall*, 341 F.3d 1148, 1155 (9th Cir. 2003). Here, it appears that Debroux is revisiting municipal actions that she already challenged in a petition for a writ of mandate in state court. It further appears that any federal relief would "be predicated upon a conviction that the state court was wrong." *Cooper v. Ramos*, 704 F.3d 772, 779 (9th Cir. 2012).

The Court thus ORDERS the City to show cause in writing within 14 days of this Order why this action should not be remanded for lack of subject matter jurisdiction. Debroux may submit a response within 7 days after the City's response.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-0104 AG (JCGx) | Date | February 13, 2015 |
|---|---|---|---|
| Title | KIMBERLY DEBROUX v. CITY OF COSTA MESA | | |

Alternatively, the City may stipulate to a remand.

The Court also notes that Debroux is representing herself without a lawyer. People who represent themselves in court without a lawyer are called "pro se litigants." Whether acting as plaintiffs or defendants, pro se litigants in federal court face special challenges. The Public Law Center runs a Federal Pro Se Clinic at the Santa Ana federal courthouse where pro se litigants can get free information and guidance. Visitors to the clinic must make an appointment by calling (714) 541-1010 (x222). The clinic is located in Room 1055 of the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, CA. More information about the clinic may be found at http://court.cacd.uscourts.gov/cacd/ProSe.nsf and select "Pro Se Clinic - Santa Ana."

The Court encourages Debroux to seek help in the Pro Se Clinic while this case is in federal court.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |