| | |
|---|---|
| JONES & MAYER<br>James R. Touchstone, SBN 184584<br>Krista MacNevin Jee, SBN 198650<br>3777 North Harbor Boulevard<br>Fullerton, California 92835<br>(714) 446-1400; Fax (714) 446-1448<br>e-mail: jrt@jones-mayer.com<br><br>Attorneys for Defendant,<br>CITY OF COSTA MESA | [Exempt from filing fees pursuant to Gov't Code § 6103]<br><br>JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY DEBROUX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF COSTA MESA, et al.,<br><br>　　　　Defendants. | Case No:  SACV 15-00104-AG (JCGx)<br><br>**JUDGMENT** |

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, Defendant's Motion to Dismiss having been granted, judgment in the above-captioned matter is hereby entered in favor of Defendant City of Costa Mesa, and against Plaintiff Kimberly Debroux as to the entirety of Plaintiff's claims in this action.

Dated: June 18, 2015

　　　　　　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　　　　　　　District Judge, Central District of Cal.,
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT